LODGED
CLERK, U.S. DISTRICT COURT
4/12/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: TV DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
4/12/23
CENTRAL DISTRICT OF CALIFORNIA
BY: jm DEPUTY

# United States District Court

**CENTRAL**     **DISTRICT OF**     **CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>V.<br>**ANTONIO ADULFO PRADO,**<br>also known as, "Torque," "Rhino," "Lil Tony,"<br>"G," and "German,"<br>**REG#: 79211-112** | **CRIMINAL COMPLAINT**<br><br>**CASE NUMBER:** 2:23-mj-01756 |

    I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about April 10, 2023, in Los Angeles County, in the Central District of California (C/CA), defendant Antonio Adulfo Prado, also known as "Torque," "Rhino," "Lil Tony," "G," and "German," ("PRADO") did escape from the custody of the United States Attorney General, in violation of Title 18 United States Code, Section 751. I further state that I am a Deputy U.S. Marshal and that this complaint is based on the following facts:

    On or about April 10, 2023, the United States Marshals Service received information from Brian Prasad, Marvin Gardens GEO Residential Reentry Center ("RRC") manager, stating that PRADO had escaped from Marvin Garden GEO RRC, located at 9411 S. Central Avenue, Los Angeles, CA 90002. According to Bureau of Prisons records, PRADO is a white Hispanic male, approximately 5 feet tall 9 inches, weighing approximately 213 pounds, with black hair and brown eyes. PRADO is 41 years old and is a United States citizen.

    From my review of PRADO's court records, I learned that on September 2, 2020, in the United States District Court for the Central District of California, Case No. CR 2:19-00778-2-PSG, PRADO was sentenced to the custody of the Bureau of Prisons for a term of 48 months with three (3) years of supervision to follow after being convicted of 18 U.S.C. § 922(g)(1): Felon in Possession of Ammunition. PRADO arrived at the RRC on September 22, 2022.

///
///

On April 10, 2023, at approximately 11:45 p.m., PRADO escaped from federal custody when he walked away on foot from the Marin Gardens GEO RRC without authorization. PRADO left the RRC carrying all of his personal property. PRADO did not return to the RRC. PRADO did not have authorization to leave the RRC. PRADO was originally scheduled to be released on August 18, 2023.

The current whereabouts of PRADO are unknown.

Continued on the attached sheet and made a part hereof: ☐ Yes ☒ No

Attested to by the applicant in accordance with the Requirements of Fed. R. Crim. P. 4.1 by telephone.

/s/ Matthew Starr
Signature of Complaint
Matthew Starr
Deputy U.S. Marshal

Date   4/12/23

at Los Angeles, California
City and State

Michael R. Wilner, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer