0

FILED
CLERK, U.S. DISTRICT COURT

JUN 1 4 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO ADULFO PRADO,<br><br>Defendant. | Case No. 2:23-mj-1756<br><br>ORDER OF DETENTION |

I.

On June 14, 2023, Defendant made his initial appearance on the complaint filed in this matter. John Targowski, a member of the Indigent Defense Panel, was appointed to represent Defendant. The government was represented by Assistant United States Attorney Sarah Spielberger.

The government moved for detention. The Court finds that the government is entitled to a detention hearing, on grounds that this case involves a serious risk that Mr. Prado will flee.

1     Defendant submitted on the recommendation of detention in the report

2   prepared by Pretrial Services.

3

4                                 II.

5     The Court finds that no condition or combination of conditions will

6   reasonably assure: ☒ the appearance of the defendant as required.

7                     ☐ the safety of any person or the community.

8

9                                III.

10     The Court has considered: (a) the nature and circumstances of the offense(s);

11   (b) the weight of evidence against the defendant; (c) the history and characteristics

12   of the defendant; and (d) the nature and seriousness of the danger to any person or

13   the community.  [18 U.S.C. § 3142(g)]  The Court also considered the report and

14   recommendation of the U.S. Pretrial Services Agency, with the one exception

15   noted by counsel.

16     The Court bases its conclusions on the following:

17     Mr. Prado walked away from a halfway house on April 10, 2023; his release

18   date was scheduled to be August 18, 2023. Mr. Prado's whereabout have been

19   unknown for about two months. As Mr. Prado is still serving the sentence imposed

20   in 19-cr-778-PSG, I find that there is no condition or combination of conditions

21   that would reasonably assure Mr. Prado's appearance at further proceedings.

22

23

24

25

26

27

28

IV.

IT IS THEREFORE ORDERED that the defendant be detained pending trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.   [18 U.S.C. § 3142(i)]

Dated: June 14, 2023

/s/
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE